

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00969-CV

Thomas James **ROBERTS** dba TTT Road Service,
Appellant

v.

**CINTAS CORPORATION NO. 2**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVI001468-D1
Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order appellant to pay the costs of this appeal.

SIGNED November 29, 2023.

_____
Beth Watkins, Justice